# UNITED STATES DISTRICT COURT

## Southern District of Indiana

### Roger A. G. Sharpe

### Clerk of the Court

| | |
|---|---|
| *46 East Ohio Street, Room 105* | *101 Northwest MLK Boulevard* |
| *Indianapolis, Indiana* | *Evansville, Indiana* |
| *46204* | *47708* |
| *921 Ohio Street* | *121 West Spring Street* |
| *Terre Haute, Indiana* | *New Albany, Indiana* |
| *47807* | *47150* |

September 16, 2024

Re: MONROE COUNTY BOARD OF
COMMISSIONERS et al v. UNITED
STATES FOREST SERVICE et al
Cause Number:
1:24−cv−01560−TWP−KMB

TO ALL COUNSEL OF RECORD:

　　Pursuant to Local Rule 40−1, the above matter was reassigned from the docket of Judge Sarah Evans Barker and M. Kendra Klump to the docket of Judge Tanya Walton Pratt and Kellie M. Barr on September 16, 2024. The cause number above has been changed to reflect the initials of the newly assigned district and/or magistrate judge. **Please note that cause number 1:24−cv−01560−TWP−KMB should be used on all future filings.**

　　　　　　　Sincerely,

　　　　　　　Roger A. G. Sharpe, Clerk of Court


　　　　　　　By:  s/Camila Carrillo Garbiras
　　　　　　　Camila Carrillo Garbiras, Deputy Clerk