UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| MONROE COUNTY BOARD OF COMMISSIONERS, et al., | Case No. 1:24-cv-01560-SEB-MKK |
| Plaintiffs, | |
| v. | **PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |
| UNITED STATES FOREST SERVICE, et al., | |
| Defendants. | |

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and the Joint Briefing Schedule approved by this Court on October 31, 2024, ECF No. 17 at 2, Plaintiffs hereby move for summary judgment on the grounds that there are no disputed issues of material fact in this case, in which the merits must be resolved on the basis of the administrative record filed by Defendants, and Plaintiffs are entitled to judgment as a matter of law that Defendants' actions are "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law" and "without observance of procedure required by law" within the meaning of the judicial review provisions of the Administrative Procedure Act. 5 U.S.C. § 706(2). In support of this motion, Plaintiffs file the attached memorandum, and the sworn declarations of Dr. Sherry Mitchell-Bruker (Plaintiff Friends of Lake Monroe) and Jeff Stant (Plaintiff Indiana Forest Alliance).

Respectfully submitted,

/s/ *Matthew R. Arnold*
Matthew R. Arnold
(Admitted *Pro Hac Vice*; DC Bar No. 1618616)

William S. Eubanks II
(Admitted *Pro Hac Vice*)

1

EUBANKS & ASSOCIATES PLLC
1629 K Street NW, Suite 300
Washington, DC 20006
(843) 718-4513
matt@eubankslegal.com

*Counsel for Plaintiffs*