**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| MONROE COUNTY BOARD OF COMMISSIONERS, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) ) Case No. 1:24-cv-1560-TWP-KMB |
| v. | ) ) |
| UNITED STATES FOREST SERVICE, *et al.*, | ) ) ) ) |
| Federal Defendants. | ) ) ) |

## ORDER

The Court has considered Federal Defendants' Motion for a Stay in Light of Lapse of Appropriations, [Dkt. 50], and good cause appearing, **GRANTS** the Motion as follows and **VACATES** the Telephonic Status Conference scheduled for October 29, 2025. This case is **STAYED** upon the Government's motion; however, **within seven (7) days** of the end of the Government shutdown, counsel shall file a motion to lift the stay and propose any necessary deadline amendments.

**SO ORDERED.**

Date: 10/23/2025

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution List: All counsel of record via cm/ecf.