**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| MONROE COUNTY BOARD OF COMMISSIONERS, *et al.*,  ) ) ) | |
| Plaintiffs,  ) ) | |
| v.  ) ) | Case No. 1:24-cv-1560-TWP-KMB |
| UNITED STATES FOREST SERVICE, *et al.*,  ) ) ) | |
| Federal Defendants.  ) ) | |

## ORDER LIFTING STAY AND SCHEDULING ORDER

The Court has considered the federal Defendants' Motion to Lift Stay and the parties' proposed briefing schedule on the remaining issue of remedy and finds both requests should be **GRANTED**. The Court enters the following Scheduling Order:

1.    The parties shall file an opening brief, limited to 15 pages, on or before **January 26, 2026**.

2.    The parties shall file a reply brief, limited to 10 pages, on or before **February 23, 2026**.

Date: 11/20/2025

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system.